GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Conservator of the INDEPENDENCE INDEMITY COMPANY, Appellant, *v.* NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Another.

(Argued April 20, 1936; decided May 19, 1936.)

*Jacob J. Alexander* and *Alfred C. Bennett* for appellant.
*Carl A. Mead* and *Lester Kissel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.